**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00283-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      DANNY N. DeGRANDE and
2.      JOHN M. SCHERLING,

      Defendants.

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

On consideration of the Government's Motion To Disclose Grand Jury Materials Under Specified Conditions to the Attorneys for Defendants Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I) [#13] filed September 9, 2009, it is

ORDERED that the Government's Motion To Disclose Grand Jury Materials Under Specified Conditions to the Attorneys for Defendants Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I) [#13] filed September 9, 2009, is granted;

IT IS FURTHER ORDERED that a copy of the transcripts of the testimony identified in the government's motion and related exhibits be disclosed to the attorneys for the defendants for preparation for trial.

IT IS FURTHER ORDERED that

1.      Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

2.    Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure with the materials;

3.    Defense counsel provide the defendants with reasonable access to the grand jury materials, but that defense counsel not allow the defendants to retain copies of any grand jury materials;

4.    No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

5.    At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

Dated this 10th day of September, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge