**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00283-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANNY N. DeGRANDE,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court *sua sponte*. It appears by the record in this case that defendant Danny N. DeGrande is a fugitive. Defendant John M. Scherling is set for a change of plea May 21, 2010. The court therefore concludes that the Trial Preparation Conference and the jury trial set for defendant DeGrande should be vacated.

    **THEREFORE, IT IS ORDERED** that the Trial Preparation Conference set for April 16, 2010, and the jury trial set to commence April 19, 2010, are **VACATED** and are **CONTINUED** pending further order of the court.

    Dated: April 9, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.